STATE v. JACKSON

No. 244PA97

Case below: 126 N.C.App. 129

Motion by Attorney General for temporary stay allowed 27 May 1997.

STATE v. JONES

No. 196P97

Case below: 123 N.C.App. 355

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 June 1997.

STATE v. JONES

No. 435A90-2

Case below: Jones County Superior Court

Upon consideration of defendant's petition for writ of certiorari, the following order is entered: The case is remanded 5 June 1997 to the trial court for a hearing on whether defendant voluntarily waived his right to testify after being instructed by his attorney as to that right.

STATE v. MASON

No. 105P97

Case below: 125 N.C.App. 216

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

STATE v. McHONE

No. 148A91-2

Case below: Surry County Superior County

Upon consideration of defendant's petition for writ of certiorari to review the Superior Court orders dated 26 August and 9 December 1996 denying defendant's motion for appropriate relief, the petition is allowed 5 June 1997 for the limited purpose of reviewing the follow-ing issues: (1) defendant's right to a hearing on his motion for appro-